Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S Pecos Rd.., Suite 22A
Las Vegas, NV 89074
T: (702) 901-7553
Attorneys for Thomas Liolios

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS LIOLIOS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>American Wagering, Inc. D/B/A William Hill Us a Domestic Corporation; DOES 1-50; inclusive,<br><br>　　　　　　Defendants. | Case No: 2:23-cv-00074-GMN-MDC<br><br>**PLAINTIFF'S MOTION TO APPEAR REMOTELY AT SETTLEMENT CONFERENCE** |

  Plaintiff ("Thomas Liolios") hereby requests that its undersigned counsel, and the corporate representative who will attend the February 22, 2024 settlement conference on Thomas Liolios's behalf, be permitted to appear remotely via Zoom at the settlement conference set for Thursday, February 22, 2024 at 1:00 p.m.

  Good cause exists for this Motion. Thomas Liolios and his counsel are each available on February 22, 2024, beginning at 1:00 p.m., to conduct the settlement conference. However, each also has other commitments the morning of February 22, 2024, which precludes them from traveling to Las Vegas to attend the settlement conference in person. Thomas Liolios therefore respectfully requests that its corporate representative and its counsel of record be permitted to attend the settlement conference remotely.

1

PLAINTIFF'S MOTION TO APPEAR REMOTELY AT SETTLEMENT CONFERENCE

Thomas Liolios's lead counsel in this matter was replaced and new counsel is not yet licensed in Nevada, which created an unusual number of conflicts so that undersigned counsel was unable to connect with Defendant's counsel prior to filing this Motion, for the purpose of filing a stipulation in lieu of a motion. Thomas Liolios has no reason to believe that Defendant would oppose the instant Motion, as they were previously in agreement to stipulate.

DATED this 16th day of February 2024.   WATKINS & LETOFSKY, LLP.

By:   */s/ Daniel R. Watkins*
_____
Daniel R. Watkins
WATKINS & LETOFSKY, LLP
8935 S Pecos Rd.., Suite 22A
Las Vegas, NV 89074
T: (702) 901-7553
Attorneys for Thomas Liolios

# CERTIFICATE OF SERVICE

I certify that I am an employee of Watkins & Letofsky, LLP ., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **PLAINTIFF'S MOTION TO APPEAR REMOTELY AT SETTLEMENT CONFERENCE** below by:

_____     Hand delivery at parties' 16.1 conference

_____     Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____     Certified Mail, Return Receipt Requested

_____     Via email, per the parties' agreement

_____     Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____     Federal Express (or other overnight delivery)

\_\_XX\_\_     E-service effected by CM/ECF

addressed as follows:
FENNEMORE CRAIG, P.C
Shannon Pierce, Esq.
NV Bar No. 12471
7800 Rancharrah Parkway
Reno, NV 89511
spierce@fennemorelaw.com
Attorneys for Defendant

DATED this 16th day of February, 2024
.

/s/     Cailynn Chandler
Employee of WATKINS & LETOFSKY, LLP.

3