UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Liolios,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>American Wagering, Inc., doing business as William Hill US, et al.,<br><br>                    Defendant(s). | 2:23-cv-00074-GMN-MDC<br><br>**Order** |

**IT IS ORDERED** that:

1. Plaintiff Thomas Liolios's *motion to appear remotely* (ECF No. 27) is GRANTED.
2. The Court will send plaintiff's counsel a zoom link via email.

Dated this 20th day of February 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge