AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Thomas Liolios

                                                    JUDGMENT IN A CIVIL CASE

                        Plaintiffs,

        v.                                          Case Number: 2:23-cv-00074-GMN-MDC

American Wagering, Inc. doing business as
William Hill US

                        Defendants.

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and
        the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried
        or heard and a decision has been rendered.

 ✕      **Decision by Court.**  This action came for consideration before the Court. The issues have been
        considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendant and against Plaintiff. Case closed.

4/3/2024
_____                          ___DEBRA K. KEMPI___
Date                                             Clerk

                                                 /s/ C. Torres
                                                 _____
                                                 Deputy Clerk